# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IGPS COMPANY, LLC, | Case No: CV09-01194 SJO (SSx) |
| Plaintiff, | Hon: S. James Otero |
| vs. | Magistrate: Suzanne Segal |
| WHOLESALEPALLETS.COM, LLC; LORI LEARMONT in her capacity as an individual; LORI LEARMONT in her capacity as an agent or employee of Wholesalepallets.com, LLC; SALVADOR ALTAMIRANDO in his capacity as an individual; and SALVADOR ALTAMIRANDO in his capacity as an agent of Wholesalepallets.com, LLC, | **JUDGMENT** |
| Defendants. | |

# JS-6

## JUDGMENT

On February 10, 2010, Plaintiff, iGPS Company, LLC ("iGPS"), and Defendants, Wholesalepallets.com, LLC and Lori Learmont in both her capacity as an individual and agent of Wholesalepallets.com, LLC (collectively "Defendants") filed a Joint Stipulation and Request for Entry of Judgment. Pursuant to the Parties' Joint Stipulation and Request for Entry of Judgment, and finding that the entry of Judgment is appropriate, the Court now enters Judgment as follows:

1.      Defendants shall pay iGPS twenty thousand dollars ($20,000.00) no later than February 12, 2010;

2.      Defendants, and any of their agents or employees, specifically including Andrew Wysotski ("Wysotski"), are enjoined immediately and permanently from offering for sale, selling, offering to buy, buying, trading, transporting, advertising or brokering any transactions involving any iGPS pallets or pallets matching the specifications of iGPS pallets.[1] Defendants, and any of their agents or employees, specifically including Wysotski, are enjoined immediately and permanently from participating, in any way, in any future activity or conduct that involves offering for sale, selling, offering to buy, buying, trading, transporting, advertising or brokering any transactions involving any iGPS pallets or pallets matching the specifications of iGPS pallets. This includes any activities or employment with, or for, or providing any monetary or any other kind of assistance or support of any kind to, or investment or ownership in, directly or indirectly, other companies or entities that participate, in any way, in activities related to offering for sale, selling, offering to buy, buying, trading, transporting, advertising or brokering any transactions involving any iGPS pallets or pallets matching the specifications of iGPS pallets. If Defendants engage in a transaction(s) that violate the terms of this injunction, they shall pay, jointly and severally, to iGPS $25,000.00 per  transaction that violates this injunction, plus any profits they obtained or derived from the violative activity, damages incurred by iGPS and  reasonable attorney's fees to the prevailing party in an action to enforce the injunction; Provided, however, that in the event of a *de minimis*[2] and

---

[1] That may have the iGPS identifying signage or attached bar code labels or RFID tags removed or defaced. Said iGPS pallets have the following specifications: Dimensions- 48" x 40" x 5.62"; Weight- approximately 48.5 pounds; Edge-rackable load -2,800 pounds; Forklift opening long side 33" x 3.5"; Forklift opening short side- 30" x 3.5; Static load: 30,000 lbs./Dynamic load 5,000 lbs.; Top deck: not less than 92% coverage sheet thermoformed, 1" thick; Bottom deck: 1" thick, 57% coverage (picture frame bottom).

[2] The parties agree that "*De Minimis*" will be defined as the inclusion of iPGS pallets comprising less than one percent of a transaction involving pallets other than iGPS pallets.

**JUDGMENT**

1  inadvertent inclusion of iGPS pallets in a transaction for which a Defendant

2  bought, traded, transported, advertised or brokered the sale of pallets other than

3  iGPS pallets[3], Defendants' liability shall be limited to the proceeds received from

4  such transaction attributable to the iGPS pallets so long as they provide such

5  assistance as iGPS may reasonably request to recover such pallets.

6

7  **IT IS SO ORDERED.**

8

9  DATED: April 9, 2010

   _____

10  The Honorable S. James Otero
    United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28  [3] For example, a transaction involving nestable pallets and a *de minimis* amount of iGPS pallets were inadvertently
    contained in that transaction.

**JUDGMENT**